# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| PATRICIA MCCALL, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 4:07-0578-CV-W-FJG |
| v. | ) ) ) | |
| CERTEGY CHECK SERVICES, INC. | ) ) ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW**, the parties in this matter, by and through their attorneys of record and hereby notifies the Court that this matter has been settled and therefore this case is dismissed with prejudice.

/s/Mitchell L. Burgess
Mitchell L. Burgess, #47524
Keith C. Lamb
**BURGESS & LAMB, P.C.**
1000 Broadway, Suite 400
Kansas City, MO 64105
Phone (816) 471-1700
Fax (816) 471-1701
**ATTORNEYS FOR PLAINTIFFS**

and

Ralph K. Phalen Atty. at Law
Ralph K. Phalen, Mo. Bar #36687
1000 Broadway, Suite 400
Kansas City, Mo. 64105
(816) 589-0753
(816) 471-1701 FAX
**ATTORNEYS FOR PLAINTIFFS**

**HARKE & CLASBY LLP**
Lance A. Harke, P.A.

1

Florida Bar No. 863599
Howard M. Bushman, Esq.
Florida Bar No. 0364230
155 South Miami Ave., Suite 600
Miami, Florida 33130
Phone  (305) 536-8220
Fax     (305) 536-8229
**COUNSEL FOR PLAINTIFFS**


/s/Ketrina G. Bakewell
**BRYAN CAVE LLP**
Ketrina G. Bakewell  MO#33410
211 North Broadway, Suite 3500
St. Louis, Missouri  63102
Phone (314) 259-2000
Fax (314) 259-2020


**REED SMITH, LLP**
Mark S. Melodia
Paul Bond
Reed Smith, LLP
Princeton Forest Village
136 Main Street, Suite 250
Princeton, NJ 08540
(609) 520-6015

**ATTORNEYS FOR DEFENDANT**

2