# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| Patricia McCall, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 07-0578-CV-W-FJG |
| | ) |
| Certegy Check Services, Inc., | ) |
| | ) |
| Defendant. | ) |

**CLERK'S ORDER OF DISMISSAL**

On the 29th day of September, 2008, the parties herein having filed a Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

Patricia L. Brune, Clerk

/s/ Rhonda Enss

By    Rhonda Enss
Deputy Clerk

Date: September 29, 2008